## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**Melanie London,**

    *Plaintiff,*

    **v.**

**Chex Systems, Inc., et. al.,**

    *Defendants.*

**Civil Action No. 8:20-cv-2396-KKM-CPT**

### NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08, NOW COME Plaintiff Melanie London and Defendant Chex Systems, Inc. (collectively, the "Parties"), by and through undersigned counsel, and hereby notify the Court that the Parties have agreed to settle the matters at issue between them in the present action. The Parties are in the process of reducing their agreement to writing and upon finalization and execution of the settlement document(s), the Parties will file appropriate papers with the Court dismissing the Complaint with prejudice. Absent further order of the Court, the Parties will file a Stipulation of Dismissal within 45 days of the filing of this Notice.

Dated: January 25, 2021

**MELANIE LONDON**

*/s/ Bridget Dow*
Bridget Dow, Esq. (Bar No. 1022866)
SERAPH LEGAL, P.A.
1614 North 19th Street
Tampa, FL 33605
Telephone: 813-321-2345
Email: bdow@seraphlegal.com

*Counsel for Plaintiff Melanie London*

**CHEX SYSTEMS, INC.**

*/s/ Gillian Williston*
Gillian Williston, Esq. (Bar No. 14270)
Troutman Pepper Hamilton Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7517
Facsimile: (757) 687-7510
Gillian.Williston@troutman.com

*Counsel for Defendant Chex Systems, Inc.*

112951740