## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MELANIE LONDON,

    Plaintiff,

v.                                                      Case No: 8:20-cv-2396-KKM-CPT

INTEGRA FINANCIAL SERVICES, LLC, NEVADA IMPACT MANAGEMENT, LLC, SKYTRAIL SERVICING GROUP LLC, MINT SERVICING, INC., CREDITSERVE, INC., MONEYLION, INC., LDF HOLDINGS, LLC, and CHEX SYSTEMS, INC.,

    Defendants.
_____/

## ORDER

The Court has been advised by the Notice of Settlement (Doc. 9) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, upon good cause shown. After that 60-day period, dismissal shall be **WITH PREJUDICE**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Tampa, Florida, on January 26, 2021.

_____
Kathryn Kimball Mizelle
United States District Judge